DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
27 AUGUST 2013

| | | | |
|---|---|---|---|
| 313P13 | State v. Brian Keith Benfield | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA12-1383)<br><br>2. Def's PWC to Review Decision of COA | 1. *Dismissed*<br><br>2. Denied |
| 316P13 | State v. James Earl Perry | 1. Def's *Pro Se* PWC to Review Order of COA (COAP13-325)<br><br>2. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br>2. Dismissed as Moot |
| 318P13 | State v. Kingg Eric Markee Hanif | 1. State's Motion for Temporary Stay (COA12-1108)<br><br><br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **07/19/13** Dissolved the Stay **08/27/13**<br><br>2. Denied<br><br>3. Denied |
| 319P13 | State v. Tracy Allen Poole | 1. Def's Motion for Temporary Stay (COA12-1150)<br><br>2. Def's Petition for *Writ of Supersedeas*<br><br>3. Def's NOA Based Upon a Constitutional Question<br><br>4. Def's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **07/19/13**<br><br>2.<br><br>3.<br><br>4. |
| 320P11-2 | Mary Gray, Widow of David D. Gray, Deceased Employee v. United Parcel Service, Inc., Employer and Liberty Mutual Insurance Company, Carrier | Plt's PDR Under N.C.G.S. § 7A-31 (COA12-1029) | Denied |
| 322P13 | Angela S. Smith, Individually and as *Guardian Ad Litem* for Zackary A. Smith, Alexis V. Smith, and Johnathan A. Smith, minors; and Matthew A. Smith v. Lake Bay East, LLC; Lake Creek Corporation; Joco, Inc.; and East Bladen Land Co. | 1. Defendant-Appellants PDR Under N.C.G.S. § 7A-31 (COA12-1541)<br><br>2. Def's Motion for Temporary Stay<br><br>3. Def's Petition for *Supersedeas* | 1.<br><br>2. Allowed **08/19/13**<br><br>3. |